IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. |
| | ) | |
| vs. | ) | |
| | ) | |
| JUDY REINKING, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF FILING FOREIGN JUDGMENT

The United States of America, pursuant to 42 U.S.C. § 292f(3), hereby provides notice of registration of a state court judgment entered on May 10, 2002, in the Iowa District Court for Kossuth County, against Judy R. Reinking, a copy of which is attached.

All right, title and interest in the subject judgment has been assigned to Plaintiff, the Department of Health and Human Services, for a defaulted Health Education Assistant Loan.

Respectfully submitted,

STEPHANIE M. ROSE
United States Attorney

By: s/Martin J. McLaughlin

MARTIN J. McLAUGHLIN
Assistant United States Attorney
401 1st Street SE
Hach Building, Suite 400
Cedar Rapids, Iowa 52401-1825
Marty.McLaughlin@usdoj.gov
319-363-6333
319-363-1990 (Fax)